**Patricia T. PATTERSON, Plaintiff–Appellant,**

v.

**Daniel SHEAROUS, Defendant–Appellee.**

No. 10–1349.

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 10, 2010.

Patricia T. Patterson, Appellant Pro Se.
Andrew Lindemann, Davidson, Morrison &
Lindemann, PA, Columbia, South Carolina,
for Appellee.

Before GREGORY, SHEDD, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Patricia T. Patterson appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and dismiss-
ing her 42 U.S.C. § 1983 (2006) complaint
under 28 U.S.C. § 1915(e)(2)(B) (2006).
We have reviewed the record and find that
this appeal is frivolous. Accordingly, we
dismiss the appeal for the reasons stated
by the district court. *Patterson v. Shea-
rous*, No. 0:09–cv–02829–MBS, 2010 WL
793689 (D.S.C. filed Mar. 5; entered Mar.
8, 2010). Additionally, we deny Patter-
son's motion for default judgment. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*